# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

## Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 3:19mj 146 |
| | ) |
| v. | ) |
| | ) |
| **DEVION E. DENNIS,** | ) |
| | ) |
| *Defendant.* | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, DEVION E. DENNIS, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 9493586)

On or about October 26, 2019, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, DEVION E. DENNIS, did knowingly and intentionally commit an assault and battery by holding his

spouse down, to wit: DEVION E. DENNIS caused bodily harm to SPC Dennis by sitting on her and not permitting her to leave.

(In violation of Title 18, United States Code, Section 113(a)(5)).

                G. ZACHARY TERWILLIGER
                UNITED STATES ATTORNEY

By: _____/s/_____
      Gabrielle S. Heim
      Special Assistant United States Attorney
      United States Attorney's Office
      919 East Main Street, Suite 1900
      Richmond, VA 23219
      Phone: (804) 765-1542
      Fax: (804) 765-1950
      gabrielle.s.heim.mil@mail.mil